# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

T. Terell Bryan

**V.**

Defense Technology U.S. , United States Attorney of San Diego

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10cv1771-W(BGS)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that plaintiff's complaint is dismissed as frivolous pursuant to 28 USC 1915A(b)(1)...................................
........................................................................................................................................................

| November 3, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON November 3, 2010

10cv1771-W(BGS)